In the Matter of Acquiring Title by The City of New York, Appellant, to Certain Lands and Premises Located on Ireland Mill Road, Near Rodman Street, etc., in the Borough of Queens, County of Queens, City and State of New York, Duly Selected as a Site for Use of the Bureau of Highways, etc., According to Law. The National City Bank of New York, as Trustee under the Last Will and Testament of Alice C. McCoy, Deceased, Respondent.— Supplementing the decision herein dated April 2, 1935 [ante, p. 730], the motion to correct the final decree by substituting the executors of Alice C. McCoy, deceased, as parties respondent in the place of The National City Bank of New York is denied. The application of the moneys involved herein is a matter for the determination of the Surrogate's Court. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

David Borenstein, Respondent, v. Jeanette Borenstein, Appellant. (Appeal No. 2.) — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

Josephine Donovan, Respondent, v. Brooklyn Bus Corporation, Appellant, and Solomon Kenner, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ.

In the Matter of the Application of Rubin Chyat for Admission to Practice as an Attorney and Counselor at Law.— Motion to set aside the determination of the committee on character and fitness and for other relief denied. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title, etc., for the Opening and Extending of Union Turnpike, etc., in the Borough of Queens, City of New York. Glen Oaks Holding Co., Inc., Appellant; The City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: " On the record shown in this proceeding, was it within the discretion of the Supreme Court to permit the City of New York to take the depositions of claimants and witnesses on the issue of value?" Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ. [See 243 App. Div. 811.]

In the Matter of the Application of Silvio A. Lanza, Respondent, for an Order of Mandamus against George J. Ryan, as President of the Board of Education of the City of New York, and Others, Appellants.— Motion granted to the extent of resettling the order of this court dated October 15, 1934 [242 App. Div. 777], so as to provide that the stay contained therein be modified by directing that, pending the final determination of this cause, the board of education of the city of New York hold vacant one position as teacher of physics in the high schools of the city of New York. Present — Lazansky, P. J., Tompkins, Davis and Johnston, JJ.; Hagarty, J., not voting.

In the Matter of the Application of Philip Obst, Also Known as Philip Albert Obst, for Admission to Practice as an Attorney and Counselor at Law.— Application denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.